NATHAN AMOS HUNT, JR. v. COUNTY OF RANDOLPH AND WESLEY ELVIN WRIGHT

No. 7519SC587

(Filed 3 December 1975)

APPEAL by plaintiff from *Crissman, Judge*. Order entered 21 April 1975. Heard in the Court of Appeals 21 October 1975.

*Ottway Burton and Millicent Gibson, for plaintiff appellant.*

*Miller, Beck, O'Briant and Glass, by Adam W. Beck, for defendant appellees.*

MORRIS, PARKER, and MARTIN, Judges.

Affirmed.